Richard G. Somes, Esq. (SBN 203957)
Allen S. Aho, Esq. (SBN 312491)
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
Tel: 949-864-3400; Fax: 949-864-9000

Attorneys for Defendants,
SUNFLOWER FARMERS MARKETS, LLC;
HENRY'S HOLDINGS, LLC
(erroneously sued herein as SPROUTS
FARMERS MARKET)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAY PAINE, | Case No. 2:19-CV-00771-JAM-DB |
| Plaintiff, | Action Date: 8/20/2018<br>Trial Date: Not Set |
| v. | Assigned to:<br>District Judge John A. Mendez |
| SUNFLOWER FARMERS MARKETS, LLC; SPROUTS FARMERS MARKET; DOES 1 through 50, inclusive, | **STIPULATION TO CONTINUE FILING OF THE PARTIES' JOINT RULE 26(f) REPORT; ORDER THEREON** |
| Defendants. | |

Plaintiff Renay Paine ("Plaintiff") and Defendants Sunflower Farmers Markets, LLC and Henry's Holdings, LLC ("Defendants"), collectives the "Parties," by and through their respective counsel, hereby agree and stipulate as follows:

///

1

1. On May 31, 2019 Plaintiff filed a Motion to Remand ("the Motion") pursuant to 28 U.S.C. § 1447.
2. Defendants intend to oppose the Motion.
3. A hearing on the Motion is currently scheduled for July 30, 2019, in this Court.
4. The Court issued its Order Requiring Service of Process and Joint Status Report on May 2, 2019 directing the parties to meet and confer as well as file their report as required by Fed. R. Civ. P. 26(f) within 60 days of removal.
5. Whereas Defendants removed the action on May 2, 2019, the Court's order requires compliance with Rule 26 no later than July 1, 2019.
6. The Parties are in agreement that exchange of initial disclosures and filing of their joint report prior to the Court's decision on Plaintiff's Motion to Remand would be premature.
7. Therefore, the parties stipulate that the joint report's due date be set on a date after the July 30, 2019 hearing on Plaintiff's Motion to Remand.
8. The Parties further represent that they met and conferred on June 25, 219 as required by Rule 26(f) and have agreed that third party discovery may take place so as to avoid further delays regardless of the outcome of Plaintiff's Motion to Remand.

///

///

| | | |
|---|---|---|
| DATED: July 17, 2019 | | Koeller, Nebeker, Carlson & Haluck, LLP |

/s/ Allen S. Aho

Richard G. Somes, Esq.
Allen S. Aho, Esq.
Attorneys for Defendants,
SUNFLOWER FARMERS MARKETS, LLC;
HENRY'S HOLDINGS, LLC
(erroneously sued herein as SPROUTS FARMERS MARKET)

DATED: 6/26/2019            Law Offices of Sean M. Patrick

/s/ *Sean M. Patrick*

Sean M. Patrick, Esq.
Attorneys for Plaintiff,
RENAY PAINE

STIPULATION TO CONTINUE FILING OF JOINT REPORT; [Proposed] ORDER THEREON

# **ORDER**

Good cause appearing, IT IS ORDERED THAT:

1. The currently scheduled date upon which the Parties are to file their joint report pursuant to Fed. R. Civ. P. 26(f) is vacated; and

2. The Parties must now submit their joint report as required by Fed. R. Civ. P. 26(f) if necessary, within 30 days of the Court's ruling on the motion to remand.

Dated: July 17, 2019

/s/ John A. Mendez

United States District Court Judge