# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAY PAINE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUNFLOWER FARMERS MARKETS, LLC; SPROUTS FARMERS MARKET; DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-CV-00771-JAM-DB<br><br>Action Date: 8/20/2018<br>Trial Date:　 3/1/2021<br><br>Assigned to:<br>District Judge John A. Mendez<br><br>**ORDER CONTINUING DISCOVERY CUT-OFF**<br><br>**[Stipulation to Continue Discovery Cut-off filed concurrently herewith]** |

**GOOD CAUSE APPEARING**, the following case management dates are hereby modified and rescheduled as follows:

1. Completion of discovery currently set for October 2, 2020 is hereby continued to April 9, 2021.

2. Expert designations by each party currently due August 7, 2020 are now hereby due February 5, 2021.

/ / /

/ / /

3. Rebuttal expert evidence under Rule 26(a)(2)(D) currently due August 14, 2020 is now hereby due February 19, 2021.

4. The last day for filing of dispositive motions currently set for November 10, 2020 is hereby continued to May 18, 2021 and set for hearing on June 15, 2021 at 1:30 p.m.

5. The parties joint pretrial statement shall be filed on or before July 23, 2021.

6. The pretrial conference is reset to July 30, 2021 at 10:00 a.m.

7. Jury trial is reset to September 13, 2021 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: July 2, 2020

/s/ John A. Mendez_____

United States District Court Judge