UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAY PAINE,<br><br>     Plaintiff,<br><br>v.<br><br>SUNFLOWER FARMERS MARKETS, LLC; SPROUTS FARMERS MARKET; DOES 1 through 50, inclusive,<br><br>     Defendants. | Case No. 2:19-CV-00771-JAM-DB<br><br>Action Date: 8/20/2018<br>Trial Date:    3/1/2021<br><br>Assigned to:<br>District Judge John A. Mendez<br><br>**ORDER CONTINUING DISCOVERY CUT-OFF**<br><br>**[Stipulation to Continue Discovery Cut-off and Declaration of Allen S. Aho filed concurrently herewith]** |

**GOOD CAUSE APPEARING**, the following case management dates are hereby modified and rescheduled as follows:

1. Completion of discovery currently set for April 9, 2021 is hereby continued to August 13, 2021.

2. Expert designations by each party currently due February 5, 2021 are now hereby due June 11, 2021.

3. Rebuttal expert evidence under Rule 26(a)(2)(D) currently due February 19, 2021 is now hereby due June 25, 2021.

4. The last day for filing of pretrial motions currently set for May 18, 2021 is hereby continued to September 21, 2021 with motions to be noticed for hearing on November 2, 2021 at 1:30 PM.

5. Trial current set for September 13, 2021 is hereby reset on February 28, 2022 at 9:00 AM.

6. Other dates are modified as follows: Final Pretrial Conference set for July 30, 2021 is hereby reset on January 7, 2022 at 10:00 AM.

**IT IS SO ORDERED**.

Dated: January 13, 2021               /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE