# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAY PAINE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUNFLOWER FARMERS MARKETS, LLC; SPROUTS FARMERS MARKET; DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  2:19-CV-00771-JAM-DB<br><br>Action Date: 8/20/2018<br>Trial Date:    2/28/2022<br><br>Assigned to:<br>District Judge John A. Mendez<br><br>**ORDER CONTINUING DISCOVERY CUT-OFF**<br><br>[Stipulation to Continue Discovery Cut-off and Declaration of Allen S. Aho filed concurrently herewith |

**GOOD CAUSE APPEARING**, the following case management dates are hereby modified and rescheduled as follows:

1. Completion of discovery currently set for August 13, 2021 is hereby continued to November 19, 2021 ~~or a date the Court deems appropriate:~~ *JAM*

2. Expert designations by each party currently due June 11, 2021 are now hereby due September 17, 2021 ~~or a date the Court deems appropriate:~~ *JAM*

1

ORDER CONTINUING DISCOVERY CUT-OFF

_____.

3. Rebuttal expert evidence under Rule 26(a)(2)(D) currently due June 25, 2021 is now hereby due October 1, 2021 ~~or a date the Court deems appropriate~~: _____.

4. The last day for filing of pretrial motions currently set for September 21, 2021 is hereby continued to December 21, 2021 ~~or a date the Court deems appropriate~~: _____.

5. The final pretrial conference set for January, 7 2022 is hereby reset on April 8, 2022 ~~or a date the Court deems appropriate~~: _____.

6. Trial current set for February 28, 2022 is hereby reset on ~~May 30, 2022~~ or a date the Court deems appropriate: May 23, 2022.

7. Other dates are modified as follows:

**IT IS SO ORDERED**.

Dated: 3-29-2021

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE